# EXHIBIT A

