# EXHIBIT B








**Real Product**          **Drone World Counterfeit**


**Real Product**


**Drone World Counterfeit**



Real Product        Drone World Counterfeit

