# EXHIBIT C



Counterfeit Packaging

mavmount