ROBERT W. DICKERSON, (SBN 89367)
 *rdickerson@zuberlaw.com*
THOMAS F. ZUBER, (SBN 226260)
 *tzuber@zuberlaw.com*
MEREDITH A. SMITH, (SBN 281120)
 *msmith@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071   USA
Telephone: +1 (213) 596-5620
Facsimile: +1 (213) 596-5621

Attorneys for Plaintiff Aerial West, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AERIAL WEST, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DRONE WORLD, LLC, STEPHEN PAUL MCKENNA, and DOES 1-10, Inclusive,<br><br>        Defendant. | Case No. 2:18-cv-02288-JAK-SS<br><br>**STIPULATION TO EXTEND TIME FOR DEENDANT DRONE WORLD, LLC TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:    March 22, 2018<br>Current Response Date: April 12, 2018<br>New Response Date:   May 11, 2018 |

Pursuant to Local Rule ("L.R.") 8-3, Plaintiff Aerial West, LLC ("Plaintiff"), and Defendant Drone World, LLC ("Defendant") stipulate and agree as follows:

   a.   Plaintiff contends that Defendant was served with the Summons and Complaint in this case on March 22, 2018, such that its response to the Complaint was due April 12, 2018;

   b.   Defendant has agreed to stop importing, making or having made, advertising, offering for sale or selling any of the accused products in this matter;

   c.   Defendant will retain custody of any of the accused products still in its possession, custody or control during the pendency of this litigation;

   d.   Defendant has implemented and will maintain a litigation hold during the pendency of this litigation;

   e.   Defendant has represented to Plaintiff that Defendant is actively preparing a settlement offer with the assistance of counsel, which will be sent to Plaintiff's counsel soon; and

   f.   In light of the foregoing, Defendant shall have an extension of time to file a response to Plaintiff's Complaint up to and including Friday, May 11, 2018.

   The new response date of May 11, 2018 constitutes an extension of not more than 30 days, so this extension does not require an Order of the Court.

   IT IS SO STIPULATED.

Dated:  April 27, 2018                **ZUBER LAWLER & DEL DUCA LLP**
                                       ROBERT W. DICKERSON
                                       THOMAS F. ZUBER
                                       MEREDITH A. SMITH

                                       By:   */s/ Robert W. Dickerson*  
                                       Attorneys for Plaintiff Aerial West, LLC

Dated:  April _27__, 2018             QUINTANA LAW GROUP, APC
                                       ANDRES F. QUINTANA

                                       By:   /s/ Andres Quintana  
                                       Attorneys for Defendant Drone World, LLC

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the Filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.*