MANDOUR & ASSOCIATES, APC
Joseph A. Mandour (SBN 188896)
Email: jmanodur@mandourlaw.com
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Attorneys for Defendants,
DRONE WORLD, LLC AND STEPHEN PAUL MCKENNA

ROBERT W. DICKERSON, (SBN 89367)
*rdickerson@zuberlaw.com*
THOMAS F. ZUBER (SBN 226260)
*tzuber@zuberlaw.com*
MEREDITH A. SMITH (SBN 281120)
*msmith@zuberlaw.com*
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621
Attorneys for Plaintiff,
AERIAL WEST, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aerial West, LLC, | Case No. 2:18-cv-02288-JAK-SS |
| Plaintiff, | **JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND SET TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| Drone World, LLC, Stephen Paul McKenna, and DOES 1-10, inclusive, | |
| Defendants. | |

WHEREAS prior counsel for defendants Drone World, LLC and Stephen Paul McKenna ("Defendants") stipulated with plaintiff to respond to the initial Complaint in the above captioned action by May 11, 2018 (Dkt. #14);

WHEREAS Plaintiff requested default be entered against Defendants on May 18, 2018 (Dkt. #15-16);

WHEREAS Defendants continued to seek counsel to represent Defendants in the action;

WHEREAS, the clerk entered default against Defendants on May 23, 2018 (Dkt. #17);

WHEREAS Defendants retained its current counsel to represent Defendants in the above captioned action on May 23, 2018;

WHEREAS Plaintiff and Defendants stipulate and agree that the entry of default should be set aside and Defendants should have up and until June 5, 2018 to respond to the Complaint.

WHEREAS Plaintiff and Defendants stipulate pursuant to Fed. R. Civ. P. 26(d)(1) that discovery may proceed on or after June 4, 2018 without a Rule 26(f) conference.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and subject to the Court's approval that the entry of default against Defendants shall be set aside and the deadline for Defendants' response to the Complaint shall be June 5, 2018.

Respectfully Submitted,

Dated: June 4, 2018            **MANDOUR & ASSOCIATES, APC**

/s/ Ben T. Lila
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for Defendants,
DRONE WORLD, LLC AND STEPHEN PAUL MCKENNA

Dated: June 4, 2018            **ZUBER LAWLER & DEL DUCA LLP**

/s/ Robert W. Dickerson
Robert W. Dickerson, (SBN 89367)
Email: rdickerson@zuberlaw.com
Attorneys for Plaintiff,
AERIAL WEST, LLC

Case No. 2:18-cv-02288-JAK-SS
JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND SET TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT
-3-

# CERTIFICATE OF SERVICE

I hereby certify that on the below date, I filed the foregoing document via the Court's CM/ECF Filing System, which will serve electronic notice of the same on the following:

ROBERT W. DICKERSON, (SBN 89367)
*rdickerson@zuberlaw.com*
THOMAS F. ZUBER (SBN 226260*)*
*tzuber@zuberlaw.com*
MEREDITH A. SMITH (SBN 281120)
*msmith@zuberlaw.com*
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621
Attorneys for Plaintiff,
Aerial West, LLC

        /s/ Ben T. Lila
Ben T. Lila
Email: blila@mandourlaw.com