# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AERIAL WEST, LLC,<br><br>PLAINTIFF(S)<br>v.<br><br>DRONE WORLD, LLC, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>LA CV18-02288 JAK (SSx)<br><br>**ORDER TO STRIKE<br>ELECTRONICALLY FILED DOCUMENTS** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Local Rules, General Order 10-07 and/or the Court's Case Management Order as indicated:

| 06/06/2018 | / | 24 | / | Exhibit |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| | / | | / | |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing.
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☑ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other : Defendants shall refile the Exhibit with a title/caption page pursuant to L.R. 11-3.8 no later than June 11, 2018

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for Local Rules, General Order 10-07 and applicable forms.**

Dated: June 8, 2018          By: *[signature]*
                                 U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*