MANDOUR & ASSOCIATES, APC
Joseph A. Mandour (SBN 188896)
Email: jmanodur@mandourlaw.com
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Attorneys for Defendants/Counterclaimant,
DRONE WORLD, LLC AND STEPHEN PAUL MCKENNA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aerial West, LLC, | Case No. 2:18-cv-02288-JAK-SS |
| Plaintiff, | **DEFENDANTS' DRONE WORLD, LLC AND STEPHEN PAUL MCKENNA'S EXHIBIT TO COUNTERCLAIM** |
| v. | |
| Drone World, LLC, Stephen Paul McKenna, and DOES 1-10, inclusive, | |
| Defendants. | Complaint Filed: March 20, 2018 |
| Drone World, LLC and Stephen Paul McKenna, | |
| Counterclaimants, | |
| v. | |
| Aerial West, LLC, | |
| Counterdefendant. | |

# United States of America
## United States Patent and Trademark Office

# MAVIC

**Reg. No. 5,229,553**
**Registered Jun. 20, 2017**
**Int. Cl.: 12**
**Trademark**
**Principal Register**

SZ DJI Technology Co., Ltd. (CHINA LIMITED LIABILITY COMPANY)
No. 18 Gaoxin South 4th Ave.
17/F, West Wing
Nanshan District CHINA 518057She

CLASS 12: Accessories for robotic aircraft, drones, unmanned aerial vehicles (UAVs), unmanned aerial systems (UAS) comprised of drones and remote controls for drones, and remote control (RC) aircrafts other than toys, namely, propellers, propeller guards, gimbals, cases and straps; drones and related software and manuals therefor sold as a unit; unmanned aerial vehicles (UAVs) and related software and manuals therefor sold as a unit; unmanned aerial systems (UAS) comprised of drones and remote controls for drones and related software and manuals therefor sold as a unit; remote control (RC) aircraft other than toys and related software and manuals therefor sold as a unit; unmanned aerial vehicles (UAVs), unmanned aerial systems (UAS) comprised of drones and remote controls for drones, and remote control (RC) aircraft, other than toys, and related software and manuals therefor sold as a unit

FIRST USE 9-27-2016; IN COMMERCE 9-27-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-138,255, FILED 08-15-2016
JEFFREY J LOOK, EXAMINING ATTORNEY



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# **CERTIFICATE OF SERVICE**

I hereby certify that on the below date, I filed the foregoing document via the Court's CM/ECF Filing System, which will serve electronic notice of the same on the following:

ROBERT W. DICKERSON, (SBN 89367)
*rdickerson@zuberlaw.com*
THOMAS F. ZUBER (SBN 226260*)*
*tzuber@zuberlaw.com*
MEREDITH A. SMITH (SBN 281120)
*msmith@zuberlaw.com*
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621
Attorneys for Plaintiff,
Aerial West, LLC

        /s/ Ben T. Lila
        Ben T. Lila
        Email: blila@mandourlaw.com