UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV18-02288 JAK (SSx) | Date | August 15, 2018 |
| Title | Aerial West, LLC v. Drone World, LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING PRETRIAL DATES

The Court has reviewed the parties' July 13, 2018 Joint Report and sets the following deadlines:

| | |
|---|---|
| August 22, 2018: | Deadline to schedule date for settlement conference with Magistrate Judge Segal. Judge Segal's Clerk, Marlene Ramirez, can be reached at 213.894.3598. |
| August 27, 2018: | Last day to amend or add parties |
| December 14, 2018: | Last day to participate in a settlement conference/mediation |
| December 21, 2018: | Last day to file notice of settlement / joint report re settlement |
| January 7, 2019 at 1:30 p.m.: | Post Mediation Status Conference |
| January 17, 2019: | Non-Expert Discovery Cut-Off |
| January 31, 2019: | Initial Expert Disclosures |
| February 14, 2019: | Rebuttal Expert Disclosures |
| February 28, 2019: | Expert Discovery Cut-Off |
| February 28, 2019: | Last day to file All Motions *(including discovery motions)* |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The Court refers the parties to participate in a settlement conference with Magistrate Judge Suzanne H. Segal. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference and to comply with all orders issued by Judge Segal with respect to the settlement conference process. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV18-02288 JAK (SSx) | Date | August 15, 2018 |
|---|---|---|---|
| Title | Aerial West, LLC v. Drone World, LLC, et al. | | |

required on January 7, 2019, if such notice is filed on or before December 21, 2019. If a notice of settlement is not filed, counsel shall file a joint report by December 21, 2019, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

**IT IS SO ORDERED.**

cc: Magistrate Judge Suzanne H. Segal

                                                      :

Initials of Preparer   ak