ROBERT W. DICKERSON, (SBN 89367)
 *rdickerson@zuberlaw.com*
THOMAS F. ZUBER, (SBN 226260)
 *tzuber@zuberlaw.com*
HEMING XU  (SBN 302461)
 *hxu@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071   USA
Telephone: +1 (213) 596-5620
Facsimile: +1 (213) 596-5621

Attorneys for Plaintiff and
Counterdefendant Aerial West, LLC

**MANDOUR & ASSOCIATES, APC**
Joseph A. Mandour (SBN 188896)
Email: jmanodur@mandourlaw.com
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Gordon E. Gray (SBN 175209)
Email: ggray@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300

Attorneys for Defendants/Counterclaimants,
DRONE WORLD, LLC AND STEPHEN PAUL McKENNA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AERIAL WEST, LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>DRONE WORLD, LLC, STEPHEN PAUL MCKENNA, and DOES 1-10, Inclusive,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:18-cv-02288-JAK-SS<br><br>**STIPULATION FOR PROTECTIVE ORDER**<br><br>[Filed Concurrently with [Proposed] Stipulated Protective Order]<br><br>[Discovery Document: Referred to Magistrate Judge Suzanne H. Segal] |

Plaintiff and Counterdefendant Aerial West ("Plaintiff") and Defendants and Counterclaimants Drone World, LLC and Stephen Paul McKenna (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate to the entry of the attached [Proposed] Stipulated Protective Order.  The parties agree that the action will require the production and disclosure of confidential information of the respective parties.

Good Cause Statement:

The plaintiff and defendants are business competitors.  Discovery in this action will involve sales revenue and profits, customer and pricing lists and other valuable research, development, commercial, financial, technical and/or proprietary information for which special protection from public disclosure and from use for any purpose other than prosecution and defense of this action is warranted.  Such confidential and proprietary materials and information consist of, among other things, confidential business or financial information, information regarding confidential business practices, or other confidential research, development, or commercial information (including information implicating privacy rights of third parties), information otherwise generally unavailable to the public, or which may be privileged or otherwise protected from disclosure under state or federal statutes, court rules, case decisions, or common law.  Accordingly, to expedite the flow of information, to facilitate the prompt resolution of disputes over confidentiality of discovery materials, to adequately protect information the parties are entitled to keep confidential, to ensure that the parties are permitted reasonable necessary uses of such material in preparation for and in the conduct of trial, to address their handling at the end of the litigation, and serve the ends of justice, a protective order for such information is justified in this matter.  It is the intent of the parties that information will not be designated as confidential for tactical reasons and that nothing be so designated without a good faith belief that it has been maintained in a confidential, non-public manner, and there is good cause why it should not be part of the public record of this case.

1   Having met and conferred on the content of the Protective Order, the parties
2   have substantially adopted the format of the standing protective order adopted by
3   the *Honorable Judge Andrew Guilford* in this judicial district. Accordingly, the
4   content of the proposed protective order has been reviewed and accepted within this
5   judicial district.

7   Date: September 18, 2018        Respectfully submitted,

8                                   **ZUBER LAWLER & DEL DUCA LLP**

9                                   By:   */s/ Robert W. Dickerson*\*
10                                        Robert W. Dickerson
                                          Attorneys for Plaintiff and
11                                        Counterdefendant,
                                          AERIAL WEST, LLC
12

13                                  **MANDOUR & ASSOCIATES, APC**
14
15                                  By:   */s/ Ben T. Lila*
                                          Ben T. Lila
16                                        Attorneys for Defendants and
                                          Counterclaimants,
17                                        DRONE WORLD, LLC AND STEPHEN
                                          PAUL MCKENNA
18

20  *Robert W. Dickerson hereby attests that all signatories listed, and on whose
21  behalf the filing is submitted, concur in the filing's content and have authorized the
22  filing.