# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aerial West, LLC,<br><br>Plaintiff(s)<br>v.<br><br>Drone World, LLC, Stephen Paul McKenna, and DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NUMBER:<br>2:18-CV-02288-JAK-SS<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

<u>Drone World, LLC / Stephen Paul McKenna</u>  ☐ Plaintiff   ☒ Defendant   ☒ Other   <u>Counterclaimants</u>
*Name of Party*

to substitute   <u>Brian P. Kinder of The Kinder Law Group, APC</u>   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

<u>19200 Von Karman Avenue, Fourth Floor</u>
*Street Address*

<u>Irvine, California 92612</u>                         <u>bkinder@tklglaw.com</u>
*City, State, Zip*                                *E-Mail Address*

<u>(949) 216-3070</u>        <u>(949) 216-3074</u>        <u>212332</u>
*Telephone Number*         *Fax Number*         *State Bar Number*

as attorney of record instead of   <u>All attorneys from Mandour & Associates, APC, including,</u>
*List **all** attorneys from same firm or agency who are withdrawing*
<u>Joseph A. Mandou, III and Ben T. Lila</u>

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated:   October 25, 2018

*/s/ signature/*

JOHN A. KRONSTADT
U. S. DISTRICT JUDGE