UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 18-2288 JAK (SSx) | Date | November 6, 2018 |
|---|---|---|---|
| Title | Aerial West, LLC v. Drone World, LLC, et al. | | |

| Present: The Honorable | SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE | |
|---|---|---|
| Marlene Ramirez | CS 11/06/18 | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Robert W. Dickerson, Jr. | Brian P. Kinder |

Proceedings:    Settlement Conference

    The case is called. Counsel state their appearances on the record. Plaintiffs' representative, Bill Palmatary and Jenna Sleefe are present. Defendant's representative, Stephen McKenna, is also present.

    The settlement conference is conducted off the record.

    Although all parties participated in good faith, no settlement was reached at this time. The Court encourages the parties to continue settlement discussions. If the parties believe that a further settlement conference will facilitate a resolution of this matter, the parties shall contact Marlene Ramirez, Courtroom Deputy Clerk, at (213) 894-3598, to arrange another settlement conference.

cc: District Judge John A. Kronstadt

|   | 5 | : | 30 |
|---|---|---|---|
| Initials of Preparer | | mr | |