UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aerial West, LLC,<br><br>      Plaintiff,<br>v.<br><br>Drone World, LLC, Stephen Paul McKenna, and DOES 1-10, inclusive,<br><br>      Defendants.<br><br>Drone World, LLC and Stephen Paul McKenna,<br><br>      Counterclaimants,<br>v.<br><br>Aerial West, LLC,<br><br>      Counterdefendant. | Case No: 2:18-cv-02288-JAK-SS<br><br>**ORDER RE EX PARTE MOTION WITHDRAW AS COUNSEL FOR DEFENDANTS AND COUNTERCLAIMANTS** |

The Court, having considered the Ex Parte Motion ("Motion" (Dkt. 42)) filed in support of The Kinder Law Group, APC's request to withdraw as counsel for Defendants and Counterclaimants, as well as the partial opposition to the Application by Plaintiff (Dkt. 43), and certain good cause appearing,

IT IS HEREBY ORDERED that the Motion is **GRANTED IN PART** as follows:

1. Due to the breakdown in the attorney-client relationship, which is undisputed, it is appropriate for present counsel to withdraw as provided herein;
2. The relief requested by the Motion is Granted as to Defendant Stephen McKenna at this time, but this Order is stayed until December 10, 2018, until Brian Kinder files the appropriate application substituting McKenna as a self-represented party.
3. Because Defendant Drone World, LLC has filed the appropriate application substituting new counsel, the Motion is Moot as to Defendant Drone World, LLC. Dkt. 47.
4. Brian P. Kinder shall serve a copy of this Order on Stephen McKenna by first class mail at the known address for Defendant, and file a proof of service with this Court by December 4, 2018.

IT IS SO ORDERED.

December 3, 2018
Dated

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE