Roland Tong (State Bar No. 216836)
  *rjt@manningllp.com*
Jessica Rosen (State Bar No. 294923)
  *jwr@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants DRONE WORLD, LLC and STEPHEN PAUL McKENNA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AERIAL WEST, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DRONE WORLD, LLC, STEPHEN PAUL McKENNA, and DOES 1-10, Inclusive,<br><br>    Defendants.<br><br>DRONE WORLD, LLC, STEPHEN PAUL McKENNA,,<br><br>    Counterclaimants,<br><br>v.<br><br>AERIAL WEST, LLC,<br><br>    Counterdefendant. | Case No. 2:18-cv-02288-JAK-SS<br><br>**DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO F.R.C.P., RULE 68** |

**TO PLAINTIFF, AERIAL WEST, LLC AND ITS COUNSEL OF RECORD:**

    Pursuant to Federal Rule of Civil Procedure 68, Defendants DRONE WORLD, LLC and STEPHEN PAUL McKENNA ("Defendants") offer to allow judgment to be entered against them in this action for the sum of Seventy-Eight

1  Thousand Nine Hundred Eighty Dollars and Zero Cents ($78,980.00).

2      This offer of judgment is intended to resolve all of the Parties' claims in this action, including without limitation any and all claims for compensatory damages, statutory attorney's fees, litigation expenses and costs of suit. This offer of judgment includes all attorneys' fees and costs and each party to bear their own costs and attorney's fees.

    To accept this offer, Plaintiff must serve written notice of acceptance within fourteen (14) days from the date this offer is made. If Plaintiff does not accept this offer, it may become obligated to pay Defendants' attorney's fees and costs incurred from the date of this offer, including any other relief to which Defendants may be entitled. This offer of judgment shall not be construed as either an admission that Defendants are liable in this action, or that Plaintiff has suffered any damage.

DATED: January 18, 2019

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:     /s/ Jessica Rosen
    Roland Tong
    Jessica Rosen
    Attorneys for Defendants DRONE WORLD, LLC and STEPHEN PAUL McKENNA