ROBERT W. DICKERSON, (SBN 89367)
  rdickerson@zuberlaw.com
HEMING XU, (SBN 302461)
  hxu@zuberlaw.com
**ZUBER LAWLER & DEL DUCA LLP**
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071   USA
Telephone: +1 (213) 596-5620
Facsimile: +1 (213) 596-5621

Attorneys for Plaintiff and
Counterdefendant Aerial West, LLC

ROBERT K. WING, (SBN 130542)
  rkw@rkwing.com
2424 SE Bristol St., #300
Newport Beach, CA 92660-0764
Telephone:  +1-949-261-2246
Facsimile:  +1-949-261-0241

Attorney for Defendants and Counterclaimants
DRONE WORLD and STEPHEN PAUL McKENNA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AERIAL WEST, LLC, | Case No. 2:18-cv-02288-JAK-SS |
| Plaintiff, | |
| v. | **JOINT REPORT REGARDING SETTLEMENT EFFORTS** |
| DRONE WORLD, LLC, STEPHEN PAUL MCKENNA, and DOES 1-10, Inclusive, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM. | |

2700-1002 / 1445722.1                      1

1  The parties, by counsel, submit this Joint Report Regarding Settlement
2  Efforts, per the Court's March 12, 2019 Order (Dkt. 74).
3  Settlement efforts are active with multiple proposals and counter-proposals
4  having been exchanged and discussed.  The disputed points have been narrowed
5  considerably, and further discussions are ongoing.
6  The parties (and counsel) do not believe that another settlement conference with
7  the Magistrate Judge, or a member of the ADR Panel, is needed or would be
8  beneficial at this time, and would not be an effective use of the Magistrate Judge's or
9  the ADR Panel member's time.
10 Should that circumstance change, the parties will at that time ask, either jointly
11 or singly, the Court for reference to the Magistrate Judge for a second conference.
12 Unless otherwise ordered by the Court, a follow up Joint Report Regarding
13 Settlement Efforts will be filed no later June 10, 2019.

Dated:  May 13, 2019

Respectfully submitted,

**ZUBER LAWLER & DEL DUCA LLP**
ROBERT W. DICKERSON
HEMING XU

BY:  */s/ Robert W. Dickerson\**
Attorneys for Plaintiff and Counter-defendant Aerial West, LLC

Dated:  May 13, 2019

**ROBERT K. WING, PLC**

BY:  */s/ Robert K. Wing*
Robert K. Wing
Attorneys for Defendants and Counter-claimants Drone World LLC and Stephen Paul McKenna

*\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the Filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.*